**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff/Respondent,<br><br>vs.<br><br>Jose Antonio Verdugo-Munoz,<br><br>   Defendant/Movant. | No. CV11-0437-PHX-SRB (ECV)<br>CR03-1161-PHX-SRB<br><br>**ORDER** |

Movant, Jose Antonio Verdugo-Munoz, filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 on March 7, 2011. The United States filed its Response on April 28, 2011. Movant did not file a Reply.

The Magistrate Judge filed his Report and Recommendation on January 23, 2012 recommending that Movant's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. §2255 be denied.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 14 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. On February 6, 2012 Movant filed a document entitled "Notice of Appeal" which the Court interpreted as a request for additional time to filed objections to the Report and Recommendation. On February 10, 2012 this Court issued an extending the time for which Movant could filed his objections to

1 the Report and Recommendation until March 26, 2012. The Court further advised Movant
2 that no further extensions would be granted. The time to file such objections has expired and
3 no objections to the Report and Recommendation have been filed.
4     The Court finds itself in agreement with the Report and Recommendation of the
5 Magistrate Judge.
6     IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
7 as the order of this Court (Doc. 13).
8     IT IS FURTHER ORDERED that Movant's Motion to Vacate, Set Aside or Correct
9 Sentence by a Person in Federal Custody pursuant to 28 U.S.C. §2255is denied (Doc. 1).

DATED this 29th day of March, 2012.

_____
Susan R. Bolton
United States District Judge